Supreme Court of the United States
Washington, D. C. 20543

CHAMBERS OF
JUSTICE ANTHONY M. KENNEDY

June 10, 2005

The Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Thurgood Marshall Building -- Suite 2-301
One Columbus Circle, N.E.
Washington, DC   20544

Re:  Financial Disclosure Report -- 2004

Dear Judge Lisi:

Thank you for your letter of May 26, 2005 regarding my financial disclosure report for the calendar year 2004.

This is to confirm that with reference to Item 1 of Section III. A. the teaching for McGeorge was in the month of July 2004 at the University of Salzburg.

Thank you for your careful handling of these reports.



RECEIVED
2005 JUN 10 P 2: 21
FINANCIAL
DISCLOSURE OFFICE

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kennedy, Anthony M | 2. Court or Organization<br><br>U.S. Supreme Court | 3. Date of Report<br><br>5/10/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 11/30/1987<br><br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>One First Street, N.E.<br><br>Washington D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | McGeorge School of Law, Univ. of the Pacific |
| 2. | Member, Board of Trustees | Colonial Williamsburg Foundation |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 MAY 11 P 2:47
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, s or spouse's) |
|---|---|---|---|
| 1. | Feb 2003 | McGeorge School of Law, Univ.of Pacific (Teaching) | $20,000.00 |
| 2. | 10/18/04 | Santa Clara University - teaching | $1,500.00 |
| 3. | 10/21/04 | Southwestern University - teaching | $1,500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Monthly | California State Teachers Retirement System |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See Attached | |

## 2004 Part IV Reimbursement and Gifts

| | | |
|---|---|---|
| Self ████ | University of San Francisco (Building dedication and teaching) | Jan 28: Meals, lodging, and transportation from Washington, D.C. to San Francisco and Palm Springs and return to Wash., DC (Pro-rated expenses with Annenberg Foundation.) |
| Self ████ | Annenberg Foundation (Meeting on curriculum for high school civics classes) | Jan 31: Meals, lodging, and transportation from Washington, D.C. to San Francisco and Palm Springs. Return to Wash., DC. (Pro-rated expenses with Univ. of San Francisco) |
| Self ████ | American Bar Association (Speech) | June 12: Meals, lodging, and transportation from Washington, D.C. to Chicago and return |
| Self ████ | McGeorge School of Law (Teaching) | June 30 – July 31: Meals, lodging, and transportation from Washington, D.C. to Salzburg, Austria and return to Washington, D.C. |
| Self ████ received meals and lodging only) | The Mentor Group (Amsterdam Forum) (Speech) | Sept 16 – 18: Meals, lodging, and transportation from Wash., D.C. to Amsterdam to Krakow, Warsaw, and return to Wash., DC (Pro-rated expenses with the Department of State) |

| | | |
|---|---|---|
| Self ███ received meals and lodging only) | United States Department of State: (Lectures and meetings in Warsaw, Poland with the Constitutional Court; The Administrative Court; and The Supreme Court; Lectures to students at Warsaw University; Lectures to faculty at Jagellonian University in Krakow) | Sept 18-20: Meals, lodging, and transportation from Washington, D.C. to Amsterdam, Krakow, Warsaw, and return to Washington, D.C. (Pro-rated expenses with the Mentor Group) |
| Self ███ | Canadian Exchange (Meetings with members of the Supreme Court of Canada) | Sept 28-Oct 1: Meals and lodging provided by the Supreme Court of Canada Transportation from Washington, D.C. to Ottawa, Canada provided by the Supreme Court of the United States. |
| Self & ███ | McGeorge School of Law (Speech) | Oct 16: Meals, lodging, and transportation from Washington, D.C. to Sacramento, Santa Clara, Los Angeles and return to Washington., DC (Pro-rated between Santa Clara U., Southwestern U., and Reagan Library) |
| Self ███ | Santa Clara University (Teaching) | Oct 18: Meals, lodging, and transportation from Washington, D.C. to Sacramento, Santa Clara, Los Angeles, and return to Washington, DC (Pro-rated between McGeo., Southwestern U., and Reagan Library) |
| Self ███ | Reagan Library (Dialogue on Freedom Seminar) | Oct 21: Meals, lodging, and transportation from Washington, D.C. to Sacramento, Santa Clara, Los Angeles, and return to Washington, DC (Pro-rated between McGeo., Southwestern U., and Santa Clara University) |

2

Self███████          Southwestern University          Oct 21-22:  Meals, lodging,
                     (Teaching)                        and transportation from
                                                       Washington, D.C. to
                                                       Sacramento, Santa Clara,
                                                       Los Angeles, and return
                                                       to Washington, DC
                                                       (Pro-rated between McGeo.,
                                                       Santa Clara University, and
                                                       Reagan Library)

3

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Del Paso Country Club | Honorary Membership | $2,400 |
| 2. | University Club | Honorary Membership | $1,550 |
| 3. | Washington Golf and Country Club | Honorary Membership | $4,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New England Life Ins. Co. | Policy Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cash in Bank of the West (formerly SierraWest Bank) | A | Interest | K | T | | | | | |
| 2. Cash in Wells Fargo | A | Interest | J | T | | | | | |
| 3. *GE Life & Annuity (universal life policy) | A | Dividend | L | T | | | | | |
| 4. *Metropolitan Life Ins. (whole life policy) | A | Dividend | J | T | | | | | |
| 5. *New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,006 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,901-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kennedy, Anthony M | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si   Date _10 May, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544